IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
         F I L E D
        SEP 1 4 2010
      J T NOBLIN, CLERK
BY_____DEPUTY
```

| | |
|---|---|
| **CHRISTIANE M. WILLIAMS** | **PLAINTIFF** |
| VS. | CAUSE NO. 3:08CV00624-DPJ-FKB |
| **MISSISSIPPI DEPARTMENT OF CORRECTIONS** | **DEFENDANT** |

### JURY VERDICT

**Question 1:**

Do you find that Plaintiff Christiane Williams has proven by a preponderance of the evidence that Defendant MDOC retaliated against her for filing one or more charges with the EEOC?

___  Yes

_X_  No

If you answered "No" to question 1, then your verdict will be for Defendant.

If you answered "Yes" to question 1, then go on to question 2.

**Question 2:**

Has Defendant MDOC proven that it would have made the same decisions regarding Plaintiff Christiane Williams' employment and/or discipline even if it had not considered Plaintiff's protected activities?

___  Yes

___  No

If you answered "Yes" to question 2, then your verdict will be for Defendant.

If you answered "No" to question 2, then your verdict will be for Plaintiff and you should go on

to consider Plaintiff's damages, if any.

**Damages**:

We, the jury, award Plaintiff compensatory damages in the amount of

    A.    $_____ for lost wages, if any; and

    B.    $_____ for physical and/or mental pain

                  and suffering, if any;

For a total (add A + B) award of $ _____ in damages.


This the 14th day of September, 2010.